685 A.2d 992

William CASSIDY, Appellant,

v.

PENNSYLVANIA BOARD OF PROBATION AND PAROLE, Appellee.

Supreme Court of Pennsylvania.

Nov. 7, 1996.

## *ORDER*

PER CURIAM.

AND NOW, this 7th day of November, 1996, the Order of the Commonwealth Court is affirmed.